**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ZINAN YANG**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**, *et al.*, <br><br> Defendants. | Case No.: 1:24-cv-666-MSN-LRV |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Zinan Yang hereby voluntarily dismisses this action in its entirety without prejudice.

Respectfully submitted,

Dated:   June 25, 2024          *s/ Matthew J. Sharbaugh*

Matthew J. Sharbaugh (VSB No. 91219)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, D.C. 20004-2541
Telephone: (202) 739-5623
Facsimile: (202) 739-3001
matthew.sharbaugh@morganlewis.com

*Attorneys for Plaintiff*